

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

### ORDER

On June 13, 2019, relator filed a "Request for Extension of Time to File Petition for Writ of Mandamus." On June 17, 2019, this court ordered relator to file a petition no later than July 8, 2019. Relator has not filed a petition; therefore, we DISMISS this original proceeding for want of prosecution.

It is so **ORDERED** on July 24, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-19-0000010, styled *John M. Donohue Ex Parte*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.